UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GABRIEL SANTACRUZ,<br><br>    Petitioner,<br><br>v.<br><br>RONALD OLIVER,[1] et. al,<br><br>    Respondents. | Case No. 2:20-cv-00847-RFB-BNW<br><br>ORDER |

In this proceeding under 28 U.S.C. § 2254, Gabriel Santacruz, through counsel, asks this Court for an order allowing Dr. Gregory Brown to meet privately by video conference with Santacruz to conduct an evaluation. ECF No. 33. Counsel represents to the court that opposing counsel does not oppose the request. Good cause appearing, the request will be granted.

IT IS THEREFORE ORDERED that Santacruz's unopposed motion for expert evaluation by video (ECF No. 33) is GRANTED. Dr. Brown is permitted a private video visit with Santacruz, who is housed at Southern Desert Correctional Center, on a date and time agreeable to the prison and Dr. Brown.

Dated: February 6, 2024.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

---

[1] Ronald Oliver, the current warden of Southern Desert Correctional Center, is substituted for Jerry Howell as the primary respondent in this case. See Fed. R. Civ. P. 25(d).